IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**LESLIE MESHELL**                                                                                           **PLAINTIFF**

**V.**                                    **CASE NO. CV-2015-1017**

**CITY OF EL DORADO, THE EL DORADO
CIVIL SERVICE COMMISSION, and CHIEF
BILLY WHITE, both in his Official Capacity
And Individual Capacity**                                                                                 **DEFENDANTS**

### MOTION FOR SUMMARY JUDGMENT

COME now the Defendants, City of El Dorado, the El Dorado Civil Service Commission, and Chief Billy White, both in his official and individual capacity, by and through their attorney, Sara Monaghan, and for their Motion for Summary Judgment, state:

1.  On April 2, 2015, Plaintiff filed her Complaint against Defendants herein.

2.  Plaintiff brings this claim alleging violations of Title VII of the Civil Rights Act of 1964 as well as a common law Tort of Outrage and the Arkansas Constitution Civil Rights Act as codified at Ark. Code Ann. § 16-123-101.

3.  Although Defendant denies these allegations, the material facts are not in dispute and there are no genuine issues of material fact left in controversy.

4.  Rule 56 of the Arkansas Rules of Civil Procedure specifically provides for the granting of a motion for summary judgment in those cases in which the material facts are not an issue and the moving party is entitled to a judgment as a matter of law.

5.  In support of this motion, Defendants rely upon the below referenced exhibits attached hereto and marked as follows:

1

a. Exhibit A – *Deposition of Leslie Knight*

b. Exhibit B – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request #19: *The City of EL Dorado Workplace Harassment Policy*

c. Exhibit C – Plaintiff's Response to Defendant's First Set of Interrogatories and Request for Production of Documents, Request for Production #4: *"The Shoe Salesman" and "The Bartender"*

d. Exhibit D – Plaintiff's Response to Defendant's First Set of Interrogatories and Request for Production of Documents, Request for Production #4: *Text, Facebook, and email dialogue between Meshell and White*

e. Exhibit E – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request #15: *FEPA and EEOC Charge of Discrimination*

f. Exhibit F – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request #20: *Civil Service Commission Findings*

g. Exhibit G – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request #9: *White's Training log/certificates*

h. Exhibit H – *Internal Memorandum Re. Meshell's Shift Alterations*

i. Exhibit I – Plaintiff's Response to Defendant's First Set of Interrogatories and Request for Production of Documents, Request for Production #4: *Photo of Missed Call from White's Phone Number to Meshell*

    j. Exhibit J – *Internal Memorandum Re. Meshell's Resignation*

    k. Exhibit K – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request for Production#15: *Arkansas Dept. of Workforce Services, Notice of Agency Determination*

    l. Exhibit L – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request for Production #15: *Arkansas Appeal Tribunal's Notice of Telephone Hearing and Decision*

    m. Exhibit M – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request for Production #15: *Arkansas Board of Review Receipt of Appeal & Decision*

    n. Exhibit N – Separate Defendant, Billy White's, Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, Request for Production #15: *EEOC Notice of Suit Rights*

    o. Exhibit O – *Plaintiff's Complaint*

    p. Exhibit P – *Exhibit 11 of the Deposition of Billy R. White, JR.*

    q. Exhibit Q – *Affidavit of Chief White*

    r. Exhibit R – *Affidavit 2 of Chief White*

    s. Exhibit S – *Affidavit of Captain Kevin Holt*

Therefore, for the reasons more fully discussed in the accompanying Brief in Support of Defendants' Motion for Summary Judgment, Defendants are entitled to summary judgment as to all claims asserted against them in this matter.

Respectfully submitted,

DEFENDANTS, the City of
El Dorado, Arkansas, El Dorado Civil
Service Commission, and Billy
White, in his Individual and
Official Capacity.

By: **/s/ Sara Monaghan**
SARA TEAGUE MONAGHAN,
ABA#2005276
Attorney for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: steague@arml.org

**CERTIFICATE OF SERVICE**

I, Sara Monaghan, hereby certify that on August 31, 2016, I filed the foregoing with the Clerk of Court, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below.

**F. Mattison Thomas, III**
Thomas Law Firm
103 East Main, Suite D
El Dorado, AR 71730

*/s/ Sara Monaghan*
Sara Monaghan