IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LESLIE MESHELL                                                                                           PLAINTIFF

v.                                         Case No. 1:15-cv-1017

CITY OF EL DORADO; THE EL DORADO
CIVIL SERVICE COMMISSION; and BILLY
WHITE, in both his official and individual
capacities                                                                                              DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 20). Plaintiff Leslie Meshell filed a response. (ECF No. 27). Defendants filed a reply. (ECF No. 30). The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 20) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge